UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Crim. No.  15cr 10196

DEREK MIRANDA
a/k/a "Dub"

Defendant

18 U.S.C. §§ 1591(a) & (b)(2) & 1594(a)
(Sex Trafficking and Attempted Sex
Trafficking of a Child)
18 U.S.C. § 2423(a)
(Transportation of a Minor With Intent
 to Engage in Criminal Sexual Activity)
18 U.S.C. § 2421
(Transportation of an Individual With
 Intent to Engage in Prostitution)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Sex Trafficking and Attempted Sex Trafficking of a Child)
18 U.S.C. §§ 1591(a), (b)(2) and 1594(a)

On or about January 13 through January 15, 2015, in the Districts of Massachusetts and

Rhode Island, the defendant,

### DEREK MIRANDA
a/k/a "Dub"

knowingly did and did attempt to, in and affecting interstate commerce, recruit, entice, harbor,

transport, provide, obtain, and maintain by any means a person, Minor #1, whose identity is

known to the Grand Jury, knowing and in reckless disregard of the fact that Minor #1 had not

attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2), and Title 18, United States Code, Section 1594(a).

## COUNT TWO
### (Sex Trafficking and Attempted Sex Trafficking of a Child)
### 18 U.S.C. §§ 1591(a), (b)(2) and 1594(a)

On or about January 13 through January 15, 2015, in the Districts of Massachusetts and

Rhode Island, the defendant

### DEREK MIRANDA
### a/k/a "Dub"

knowingly did and did attempt to, in and affecting interstate commerce, recruit, entice, harbor,

transport, provide, obtain, and maintain by any means a person, Minor #2, whose identity is

known to the Grand Jury, knowing and in reckless disregard of the fact that Minor #2 had not

attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2), and Title 18, United

States Code, Section 1594(a).

3

## COUNT THREE
### (Transportation of Minor With Intent to Engage in Criminal Sexual Activity)
### 18 U.S.C. § 2423(a)

On or about January 15, 2015, in the District of Massachusetts and Rhode Island, the defendant,

### DEREK MIRANDA
### a/k/a "Dub"

knowingly did transport and cause to be transported Minor #1, whose identity is known to the

Grand Jury and who had not attained the age of 18 years, in interstate commerce between

Massachusetts and Rhode Island, with intent that Minor #1 engage in prostitution and in sexual

activity for which any person can be charged with a criminal offense.


All in violation of Title 18, United States Code, Sections 2423(a) and 2.

4

## COUNT FOUR
### (Transportation of Minor With Intent to Engage in Criminal Sexual Activity)
### 18 U.S.C. § 2423(a)

On or about January 15, 2015, in the District of Massachusetts and Rhode Island, the

defendant,

### DEREK MIRANDA
### a/k/a "Dub"

knowingly did transport and cause to be transported Minor #2, whose identity is known to the

Grand Jury and who had not attained the age of 18 years, in interstate commerce between

Massachusetts and Rhode Island, with intent that Minor #2 engage in prostitution and in sexual

activity for which any person can be charged with a criminal offense.


All in violation of Title 18, United States Code, Sections 2423(a) and 2.

5

## COUNT FIVE
### (Transportation of an Individual With Intent to Engage in Prostitution)
### 18 U.S.C. § 2421

On or about January 15, 2015, in the Districts of Massachusetts and Rhode Island, the

defendant,

### DEREK MIRANDA
### a/k/a "Dub"

knowingly did transport and cause to be transported Minor #1, whose identity is known to the

Grand Jury, in interstate commerce between Massachusetts and Rhode Island, with intent that

Minor # 1 engage in prostitution and in sexual activity for which any person can be charged with

a criminal offense.


All in violation of Title 18, United States Code, Sections 2421 and 2.

6

## COUNT SIX
### (Transportation of an Individual With Intent to Engage in Prostitution)
### 18 U.S.C. § 2421

On or about January 15, 2015, in the Districts of Massachusetts and Rhode Island, the

defendant,

### DEREK MIRANDA
### a/k/a "Dub"

knowingly did transport and cause to be transported Minor #2, whose identity is known to the

Grand Jury, in interstate commerce between Massachusetts and Rhode Island, with intent that

Minor # 2 engage in prostitution and in sexual activity for which any person can be charged with

a criminal offense.


All in violation of Title 18, United States Code, Sections 2421 and 2.

7

A TRUE BILL,

**FOREPERSON OF THE
GRAND JURY**

S. Theodore Merritt
Assistant U.S. Attorney

Deborah Bercovitch
Special Assistant U.S. Attorney

**Deputy Clerk**          @2:18PM

7/21/15

8