UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 15-CR-10196-PBS |
| | ) | |
| DEREK MIRANDA | ) | |

JOINT MEMORANDUM FOR INTERIM STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(a).

1. Status of Automatic Discovery and Any Pending Discovery Request

On August 25, 2015, the government produced automatic discovery as required under the Local Rules. It provided additional discovery on September 25, 2015.

2. The Timing of Any Additional Discovery to be Produced

The government has not made any additional productions because no superseding indictment has been returned. The government does not yet know whether a superseding indictment will be returned. The government will make such further and pre-trial disclosures as are required by law.

3. The Timing of Any Additional Discovery Requests

There are no pending discovery requests. The defendant may make discovery requests after further reviewing the discovery provided on August 25, 2015.

4. Protective Orders

The Court endorsed a protective order on September 10, 2012. See Docket No. 14.

5. <u>The Timing of Pretrial Motions</u>

The defendant will advise the Court when he is prepared to file substantive motions after discovery is complete.

6. <u>The Timing of Expert Witness Disclosures</u>

The defendant requests expert discovery pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the parties request that the Court order that such discovery be produced no later than 45 days prior to trial in this matter, with reciprocal discovery to be produced no later than 30 days before trial.

7. <u>Defenses</u>

The defendant does not intend to raise a defense of insanity, public authority or alibi.

8. <u>Excludable delay</u>

The parties jointly ask the Court to exclude the time from October 20, 2015 until the date of the next status conference, under 18 U.S.C. §3161(h)(7)(A), because the parties have needed the time, and continue to need the time, to produce and review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

9. <u>Plea discussions</u>

Although the parties have not yet engaged in any substantive plea discussions, the possibility exists, and they will confer before the next scheduled status conference. It is anticipated that any trial would last approximately four days. An initial pre-trial conference before Chief Judge Saris is presently scheduled for October 23, 2015.

8. <u>Final/interim status conference</u>

The parties ask the Court to schedule an interim status conference in approximately thirty days.

|  |  |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| CARMEN M. ORTIZ | DEREK MIRANDA |

By: */s/ S. Theodore Merritt*
S. Theodore Merritt
Deborah E. Bercovitch
Assistant U.S. Attorneys

By: */s/Jane Peachy*
Jane Peachy, Esq.
Federal Public Defender Office

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as nonregistered participants on this date.

Dated: October 13, 2015        */s/S. Theodore Merritt*
                                S. Theodore Merritt